■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SOSTRE, Appellant. [865 NYS2d 588]—Judgment, Supreme Court, Bronx County (Caesar Cirigliano, J.), rendered on or about March 17, 2006, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Saxe, Williams, Catterson and Moskowitz, JJ.

■ NELLA MANKO, Appellant, v DANA MANNOR et al., Respondents, et al., Defendants. [865 NYS2d 549]—Order, Supreme Court, New York County (Sheila Abdus-Salaam, J.), entered March 22, 2007, which, in an action for medical malpractice, granted defendants' motions to dismiss the complaint as time-barred, and dismissed as moot plaintiff's cross motions for, inter alia, further discovery and a stay of the action, unanimously affirmed, without costs.

Dismissal of the complaint was properly granted since the alleged malpractice occurred in 2002 and the action was not commenced until September 2006, which was well beyond the $2\frac{1}{2}$-year statute of limitations (see CPLR 214-a).

We have considered plaintiff's remaining arguments, including that the relation back and continuous treatment doctrines preclude dismissal of the complaint, and find them unavailing. Concur—Tom, J.P., Williams, Catterson and Moskowitz, JJ.